IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRINA THOMAS, | |
| Plaintiff, | Civil Action No.: |
| v. | |
| MARRIOTT INTERNATIONAL, INC., | 5:20-cv-00465-TES |
| Defendant. | |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff Trina Thomas and Defendant Marriott International, Inc., by and through the undersigned counsel, hereby stipulation to the **DISMISSAL** of this case **WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party bearing its own attorney's fees and costs. The Parties further request that the Clerk of Court mark this case as **CLOSED**.

Respectfully submitted, this 12th day of November, 2021.

KENNETH E. BARTON III
Georgia Bar No. 301171
*Attorney for Plaintiff*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
(478) 841-9007 telephone
(478) 841-9002 facsimile
keb@cooperbarton.com

/s/ Abigail J. Larimer
*With Express Permission*
JILL M. HARRISON
Georgia Bar No. 999229
ABIGAIL J. LARIMER
Georgia Bar No. 774574
*Attorneys for Defendant*

**FORD & HARRISON LLP**
271 17th Street, NW, Suite 1900
(404) 888-3800 telephone
(404) 888-3863 facsimile
jharrison@fordharrison.com
alarimer@fordharrison.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing STIPULATION OF DISMISSAL

to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail

notification of such filing to the following counsel of record, who are CM/ECF participants:

Jill M. Harrison, Esq.
Abigail J. Larimer, Esq.
FordHarrison, LLP
271 17th Street, N.W., Suite 1900
Atlanta, Georgia 30363
jharrison@fordharrison.com
alarimer@fordharrison.com
*Attorneys for Defendant*

This 12th day of November, 2021.

KENNETH E. BARTON III
Georgia Bar No. 301171
*Attorney for Plaintiff*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
Telephone: (478) 841-9007
Facsimile: (478) 841-9002
keb@cooperbarton.com